# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-3384

_____

United States of America

*Plaintiff - Appellee*

v.

Otis Ray Mays, Jr.

*Defendant - Appellant*

_____

No. 21-3385

_____

United States of America

*Plaintiff - Appellee*

v.

Otis Ray Mays, Jr.

*Defendant - Appellant*

_____

Appeals from United States District Court
for the District of Minnesota

_____

Submitted: May 13, 2022
Filed: May 31, 2022
[Unpublished]

_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Otis Mays appeals the district court's[1] reimposition of a special condition of supervised release limiting his computer use and internet access, following this court's remand for resentencing on his wire fraud and child pornography convictions. Upon careful review, we conclude that the district court did not abuse its discretion by reimposing the special condition. *See United States v. Jennings*, 930 F.3d 1024, 1026 (8th Cir. 2019) (reviewing imposition of special conditions of supervised release for abuse of discretion). The district court adequately explained why it reimposed the special condition, and, because it did not clearly err in finding that Mays's offense involved computer use and internet access, the special condition was reasonably related to the 18 U.S.C. § 3553(a) factors. *See United States v. Turner*, 781 F.3d 374, 393 (8th Cir. 2015) (reviewing factual findings for clear error); *United States v. Wiedower*, 634 F.3d 490, 493 (8th Cir. 2011) (discussing district court's broad discretion to impose special conditions that are reasonably related to the § 3553 factors, involve no greater deprivation of liberty than reasonably necessary, and are consistent with any pertinent Sentencing Commission policy statements). Accordingly, we affirm.

_____

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.